Riedrich, Appellant, *v.* Mistarz.


Argued April 24, 1940.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADT-FELD, PARKER, RHODES and HIRT, JJ.

*M. L. Thompson,* for appellant.

*Walter J. Laska,* for appellee, was not heard.

PER CURIAM, May 1, 1940:
We are all of opinion that the court below was not guilty of an abuse of discretion in opening the above judgment and permitting the defendant to enter his defense.   The evidence as a whole justified this action. But as the defendant admitted owing $97.08 of the principal of said judgment, with interest from May 15, 1931, the order should be modified so as to open the judgment as to all in excess of that amount.
As so modified, it is affirmed.